IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. RODRIGUEZ-LESPIER<br>2) ROLANDO NATAL-SABATER<br>3) RENE RAMIREZ-ALZAMORA<br>4) RUBEN FERNANDEZ-LOPEZ<br>5) MANUEL PEREZ-HUERTAS<br>6) MAGALI L. FERNANDEZ-LOPEZ<br>7) MELISSA MADERA-LABOY<br>8) CARLOS D. MARTINEZ-MENDOZA<br>9) ERIC C. GONZALEZ-MELENDEZ<br>10) WILFREDO LOPEZ-MARTINEZ<br>11) CARLOS RIVERA-VELAZQUEZ<br>12) CRISTOBAL MUÑOZ-GARCIA<br>13) JOSE M. ALBIZU-RIVERA<br>**14) JUAN M. LOPEZ-COLON**<br>15) JOSE A. COSME-MALDONADO<br>16) RUFINO COLON-PEREZ<br>17) MARIA L. COLON-VEGA<br>18) EDWIN GARCIA-RIOS<br>19) WILLIAM FLORES-LESPIER<br>20) RAFAEL IRIZARRY-SANTOS<br>21) WILLIAM ROSADO-GUZMAN<br>22) NIURKA M. MUÑOZ-GOMEZ<br>23) JOSE M. GOMEZ-ZALDO<br>24) CARLOS R. RODRIGUEZ-VEGA<br>25) SANTOS R. MONTES-MONTALVO<br>26) SOTERO GONZALEZ-LOPEZ<br>27) FELIX MALDONADO-RIOS<br>28) ERIC HIRAM GONZALEZ-CHACON<br>29) JOSE J. FELICIANO-RIVERA<br>30) JOSE E. LOPEZ-MIRANDA<br>31) MELVIN J. OJEDA-VAZQUEZ<br>32) JAVIER O. PEREZ-HERNANDEZ<br>33) GUSTAVO A. VELEZ-OQUENDO<br>34) LORIMAR SANTIAGO-RODRIGUEZ<br>Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on December 5, 2012 (**docket entry 984**) on a Rule 11 proceeding of defendant Juan M. López-Colón (14) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on December 4, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of

CRIMINAL 10-0412CCC                                    2

defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 4, 2012.  The **sentencing hearing is set for March 5, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 26, 2012.


                                            S/CARMEN CONSUELO CEREZO
                                            United States District Judge